UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, a Delaware limited liability limited partnership, et al.,<br><br>    Plaintiffs,<br> v.<br>MICHAEL MARTINEZ,<br>    Defendant. | 1:06-cv-01128-OWW-SMS<br><br>ORDER **VACATING HEARING SET FOR MARCH 16, 2007**, ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AND DEEMING THE MOTION SUBMITTED ON THE PAPERS (DOC. 9) |

    Plaintiffs are proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302(c)(19) and 72-303.

    Pending before the Court is Plaintiffs' motion for a default judgment against Defendant Michael Martinez, filed on January 29, 2007, including the application, a memorandum of law, declarations of Karen Thorland, Lauren Nguyen, and Thomas Carpenter, and a proposed order.

    Pursuant to Rule 78-230(h) of the Local Rules of Practice for the United States District Court, Eastern District of California, the Court finds that the motion of Plaintiffs for entry of a default judgment is a matter that may appropriately be

1

1  submitted upon the record and briefs.
2      Accordingly, the hearing on the motion, presently set for
3  March 16, 2007, IS VACATED, and the motion IS DEEMED SUBMITTED to
4  the Court for decision.
5  IT IS SO ORDERED.
6  **Dated:    February 22, 2007**               **/s/ Sandra M. Snyder**
   icido3                             UNITED STATES MAGISTRATE JUDGE

2